1405

WILLIAM McCRAW,
ATTORNEY GENERAL

SCOTT GAINES,
FIRST ASSISTANT

BOB GROSS,
CHIEF LAW ENFORCEMENT
OFFICER

RUTH MYERS,
CHIEF CLERK

ASSISTANTS

JOE J. ALSUP
VICTOR W. BOULDIN
J. R. BROADHURST
WM. M. BROWN
S. GRADY CHANDLER
VERNON COE
WILLIAM C. DAVIS
L. S. DUKE
W. W. HEATH
CURTIS E. HILL
WM. MADDEN HILL

W. J. (DICK) HOLT
C. M. KENNEDY
LEONARD KING
LETCHER KING
GEORGE P. KIRKPATRICK
SAM LANE
ROBERT W. McKISSICK
WILLIAM McMILLAN
M. C. MARTIN
T. F. (TED) MORROW
LEON O. MOSES
PAT M. NEFF, JR.
HARRY S. POLLARD
W. S. POPE
RUSSELL RENTFRO
TOM D. ROWELL
ALFRED M. SCOTT
JOE SHARP
DICK STOUT
EARL STREET
MARVIN TREVATHAN
FRED C. VARNER, JR.
EFFIE WILSON-WALDRON
CHARLES B. WALKER



## OFFICE OF THE ATTORNEY GENERAL

### AUSTIN

February 6, 1939

Hon. H. L. Roberson
County Attorney
Winkler County
Kermit, Texas

WW-541

Dear Sir:

Opinion No. O-203
Re: Duly elected constable receiving
one vote in general election?

Acknowledging receipt of your letter of January 9th, the attention of this Department is respectfully called therein to the following question:

"If a person receives one vote in the general election, makes bond and takes the oath of office, is he duly elected constable?"

Presuming that the manner in which the election was held and the procedure followed was legal and that the only legal vote cast at the general election for said office was cast in favor of the candidate, we respectfully advise that it is our opinion that such candidate is duly elected. We, of necessity, consider that this question could not be answered other than by entertaining such presumptions.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _____
Assistant

WmK:AW

APPROVED:

_____
ATTORNEY GENERAL OF TEXAS